| | |
|---|---|
| 1 | **FREEMAN MATHIS & GARY, LLP** |
| 2 | Rachel E. Hobbs, SBN 186424 |
|   | rachel.hobbs@fmglaw.com |
| 3 | Eden Elkayam, SBN 357422 |
| 4 | eden.elkayam@fmglaw.com |
|   | 550 South Hope Street, Suite 2200 |
| 5 | Los Angeles, California  90071 |
| 6 | T: 213.615.7000 | F: 833.264.2083 |
| 7 | *Attorneys for Defendant*, |
| 8 | Integon National Insurance Company |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARTHA HILDEBRAND, | Case No. |
|  | District Judge: |
| Plaintiff, |  |
|  | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 [DIVERSITY]** |
| v. |  |
| INTEGON NATIONAL INSURANCE COMPANY; and DOES 1 through 10,, | [*Filed concurrently with Declaration of Eden Elkayam; Civil Cover Sheet; Certificate and Notice of Interested Parties*] |
| Defendants. | State Complaint Filed: August 8, 2025 |
|  | Removal Filed:         October 22, 2025 |

**TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD**:

Defendant Integon National Insurance Company ("Integon") hereby removes this action from the Superior Court of the State of California, County of Riverside, where it is currently pending as <u>Martha Hildebrand v. Integon National Insurance Company, et al.</u>, Case No. CVRI2504637 ("State Action"), to the United States District Court for the Eastern District of California.

Removal is warranted under 28 U.S.C. §1441(b) because the Court has subject matter jurisdiction under 28 U.S.C. §1332 over the State Action. Under  28 U.S.C.

1

**DEFENDANT'S NOTICE OF REMOVAL**

§1332(c)(l), full diversity exists among the parties, as evidenced by the states where Integon is incorporated (North Carolina) and maintains its principal place of business (North Carolina) and where Plaintiff Martha Hildebrand is domiciled (California). The amount in controversy exceeds the sum of $75,000.

This Notice of Removal is timely because it is filed within thirty days after service of a copy of the Summons and Complaint of the State Action upon Integon, which occurred on September 25, 2025.

Under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action received by Integon are attached to the Declaration of Eden Elkayam ("Elkayam Dec.") as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), a Notice to State Court of Removal of Action to Federal Court, together with this Notice of Removal, will be served upon Plaintiff on October 22, 2025, and will be filed in the State Action.

## BACKGROUND

On August 8, 2025, Plaintiff commenced the State Action listing purported causes of action titled (1) Breach of Contract Against All Defendants, and (2) Money Damages for Tortious Bad Faith Against All Defendants.

## GROUNDS FOR REMOVAL

This Court has subject matter jurisdiction over the State Action under 28 U.S.C. §1332, which confers upon the "district courts . . . original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

## AMOUNT IN CONTROVERSY

Plaintiff's allegations and claims in the Complaint seek recovery for alleged losses after a reported loss from January 8, 2025, that allegedly damaged the exterior and interior of Plaintiff's residence. The Complaint seeks damages "for monetary damages in excess of $35,000", along with prejudgment interest, attorneys fees and

costs, and punitive damages. The damages and costs sought indicate that Plaintiff will be seeking an amount totaling $102,160.70. See Elkayam Decl., Exh. A.

**DIVERSITY OF CITIZENSHIP**

Plaintiff is an individual residing in the County of Riverside, State of California. See Elkayam Decl., Exh. A.

Defendant Integon is a corporation organized and existing under the laws of the state of North Carolina, with its principal place of business in Winston-Salem, North Carolina. Integon is currently at the time of this Removal, and was at the commencement of the State Action, a resident and citizen of the state of North Carolina and of the United States. See Elkayam Dec., Exh. B.

Accordingly, there is complete diversity of citizenship, this Court has jurisdiction over this action, and the State Action is properly removed under 28 U.S.C. § 1441.

WHEREFORE, Integon files this Notice of Removal so that the State Action shall be removed to this Court for all further proceedings.

Dated: October 17, 2025

**FREEMAN MATHIS & GARY, LLP**

By: _____
Rachel E. Hobbs
Eden Elkayam
*Attorneys for Defendant,*
INTEGON NATIONAL INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed the foregoing document **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all registered participants.

Also, **BY U. S. MAIL.** I caused such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Thomas James Gibbons, Esq.<br>Murray T. Beatts, Esq.<br>**CALIFORNIA INSURANCE ATTORNEYS, P.C.**<br>One Harbor Drive, Suite 300<br>Sausalito, CA 94965<br>Tel.: (855) 410-4242<br>Emails: CAPleadings@caia.legal,<br>Thomas@caia.legal,<br>Murray.Beatts@caia.legal | *Attorneys for Plaintiff,*<br>**MARTHA HILDEBRAND** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on October 17, 2025, at Los Angeles, California.

                */s/ Jennifer Ramirez*
                Jennifer Ramirez