**FREEMAN MATHIS & GARY, LLP**
Rachel E. Hobbs, SBN 186424
rachel.hobbs@fmglaw.com
Eden Elkayam, SBN 357422
eden.elkayam@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071
T: 213.615.7000 | F: 833.264.2083

*Attorneys for Defendant*,
Integon National Insurance Company

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARTHA HILDEBRAND,<br><br>    Plaintiff,<br><br>v.<br><br>INTEGON NATIONAL INSURANCE COMPANY; and DOES 1 through 10,,<br><br>    Defendants. | Case No.:<br><br>District Judge:<br><br>**DECLARATION OF EDEN ELKAYAM IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**<br><br>[*Filed concurrently with Notice of Removal; Civil Cover Sheet; Certificate and Notice of Interested Parties*]<br><br>State Complaint Filed: August 8, 2025<br>Removal Filed:         October 22, 2025 |

### DECLARATION OF EDEN ELKAYAM

I, Eden Elkayam, hereby declare as follows:

1.     I am an attorney admitted to practice in all of the courts in the State of California. I am an Associate with the law firm Freeman Mathis & Gary, LLP, counsel of record for Defendant INTEGON NATIONAL INSURANCE COMPANY ("Integon") in this litigation. Unless otherwise noted, the following is based on my personal knowledge. If called as a witness, I could and would competently testify to

1

the facts contained herein. I submit this declaration in support of Integon's Notice of Removal of Civil Action.

2.      Defendant was served in this action on September 25, 2025. A true and correct copy of Plaintiff's Complaint in this action, filed on August 8, 2025, is attached hereto as **Exhibit A**.

3.      To the best of my knowledge, the Complaint contained in **Exhibit A** and the other related documents contained in **Exhibit A** to this declaration constitute all process, pleadings, orders, and other documents received or filed by Defendant to date in this action.

4.      Our office is not aware of any Doe defendant having been served a copy of the Summons and Complaint.

5.      To the best of my knowledge, Integon is a corporation organized and existing under the laws of the State of North Carolina, with its headquarters and principal place of business in Winston-Salem, North Carolina. Integon does not have substantial predominance of its corporate activities in the State of California. Integon's corporate "nerve center," where the majority of its executive and administrative functions are performed, is in Winston-Salem, North Carolina. Integon is, and was at the commencement of the above-captioned lawsuit, a resident and citizen of the state of North Carolina, as well as of the United States. A true and correct copy of a October 15, 2025, printout of the company profile for Integon from the State of California Department of Insurance is attached hereto as **Exhibit B**.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of October, 2025, at Los Angeles, California.

_____
Eden Elkayam, Esq.

**DECLARATION OF EDEN ELKAYAM IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

**EXHIBIT A**



null / ALL
**Transmittal Number: 32318940**
**Date Processed: 09/23/2025**

# Notice of Service of Process

**Primary Contact:**  Taylor Rowe
National General/GMAC Insurance Management Corporation
450 W Hanes Mill Rd
Ste 101
Winston Salem, NC 27105-7414

**Electronic copy provided to:**  Dominique Scott
Lori Marsh
Raydonna Floyd
Tia Johnson
Lisa Whitmore
Callie Gifford

| | |
|---|---|
| **Entity:** | Integon National Insurance Company<br>Entity ID Number  2954764 |
| **Entity Served:** | Integon National Insurance Company |
| **Title of Action:** | Martha Hildebrand vs. Integon National Insurance Company |
| **Matter Name/ID:** | Martha Hildebrand vs. Integon National Insurance Company (17926417) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Riverside County Superior Court, CA |
| **Case/Reference No:** | CVRI2504637 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 09/22/2025 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | California Insurance Attorneys, P.C.<br>855-410-4242 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Electronically FILED by Superior Court of California, County of Riverside on 08/08/2025 07:40 AM
Case Number CVRI2504637 0000138054660 - Jason B. Galkin, Executive Officer/Clerk of the Court By Alexis Williams, Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Integon National Insurance Company and Does 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Martha Hildebrand

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of the State of California<br>4050 Main Street Riverside, CA 92501  Riverside Historic Courthouse | CASE NUMBER:<br>*(Número del Caso):*<br>CVRI2504637 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Murray T. Beatts;One HarborDrive, Suite 300, Sausalito, CA 94965; 885-410-4242

| DATE:<br>*(Fecha)* 08/08/2025 | Clerk, by<br>*(Secretario)* A. Williams | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL] GC68150(g)

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* INTEGON NATIONAL INSURANCE COMPANY
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

Electronically FILED by Superior Court of California, County of Riverside on 08/08/2025 07:40 AM
Case Number CVRI2504637 0000138054659 - Jason B. Galkin, Executive Officer/Clerk of the Court By Alexis Williams, Clerk

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Murray T. Beatts (225565) California Insurance Attorneys, P.C; One Harbor Drive, Suite 300, Sausalito, CA 94965 | |

TELEPHONE NO.: 855-410-4242          FAX NO. :
EMAIL ADDRESS: murray.beatts@caia.legal; capleadings@caia.legal
ATTORNEY FOR *(Name):* Martha Hildebrand

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  RIVERSIDE
STREET ADDRESS: 4050 Main Street, Riverside, CA 92501
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Riverside Historic Courthouse

CASE NAME:
Martha Hildebrand vs Integon National Insurance Company

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $35,000)   [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CVRI 2504637 |
| | | JUDGE: |
| | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [X] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):* Two, BREACH OF CONTRACT; TORTIOUS BAD FAITH
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 6, 2025
Murray T. Beatts
_____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

Electronically FILED by Superior Court of California, County of Riverside on 08/08/2025 07:40 AM
Case Number CVRI2504637 0000138054658 - Jason B. Galkin, Executive Officer/Clerk of the Court By Alexis Williams, Clerk

Thomas James Gibbons CBN (209740)
Murray T. Beatts CBN (225565)
CALIFORNIA INSURANCE ATTORNEYS, P.C.
One Harbor Drive, Ste. 300 Sausalito, CA 94965
Telephone: (855)-410-4242
Email: capleadings@caia.legal:
     Thomas@caia.legal;
     Murray.beatts@caia.legal

Attorney for Plaintiff Martha Hildebrand

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE

| | |
|---|---|
| Martha Hildebrand, | Case: CVRI2504637 |
| Plaintiff, | |
| v. | **COMPLAINT AT LAW** |
| INTEGON NATIONAL INSURANCE COMPANY and DOES 1 - 10, | Amount demanded exceeds $35,000 |
| Defendants. | |

Plaintiff Martha Hildebrand, by and through her undersigned counsel, California Insurance Attorneys, P.C., hereby files this Complaint and alleges, claims, and prays for relief against the Defendants named herein as follows:

### JURISDICTION AND VENUE

1.    The Court has jurisdiction over this case as an Unlimited Civil Action for monetary damages in excess of $35,000, plus prejudgment interest and attorney fees and costs.

2.    The Court has personal jurisdiction over the Defendants pursuant to Code of Civil Procedure section 410.10 and the Constitutions of the State of California and the United States, based on the Defendants contacts with the State of California.

3.    Venue is proper in those Superior Court in Riverside County pursuant to Code of Civil Procedure § 395, et seq. Plaintiff resides at 10855 Mercer Ave, Riverside, CA 92505, which is subject to the jurisdiction of the Superior Court of the State of California, and this is an unlimited civil action. Additionally, each of the Defendants is located or does business in Riverside County; the contract at issue was formed in Riverside County and is to be performed in Riverside County and further, the

1

**COMPLAINT AT LAW**

1  events giving rise to this action occurred in Riverside County.

2  **PARTIES**

3      4.     Plaintiff hereby incorporates into and reiterates all prior paragraphs in this pleading.

4      5.     Plaintiff Martha Hildebrand is a natural person over the age of 18 and at all times

5  material to this action was and is currently the owner of certain real property, a residential dwelling,

6  located at 10855 Mercer Ave, Riverside, CA 92505 (hereinafter "the Property"), which suffered the

7  damage that is the subject of this action.

8      6.     Defendant INTEGON NATIONAL INSURANCE COMPANY is a business entity,

9  precise form unknown but believed to be a corporation, which is located and/or does business in

10  Riverside County, California. Defendant is an insurance carrier authorized by the State of California to

11  engage in the business of insurance with California citizens including issuing and underwriting policies

12  of insurance in the State of California, including the policy issued to Plaintiff which is at issue in this

13  action.

14      7.     The names and capacities of the Defendants identified as DOES 1-10 are not known to

15  Plaintiff at this time; once ascertained, their true names and capacities will be substituted in place of

16  DOE(S) 1-10. Plaintiff is informed and believes and thereon allege that DOES 1-10 each acted in

17  concert with and is an agent, representative, subcontractor, or assignee of the other Defendants, or is

18  otherwise responsible in some manner for the events and occurrences which are the subject of this

19  action by Plaintiff; and caused or contributed to the harm, injury, and loss suffered or incurred by

20  Plaintiff; and are liable to Plaintiff, in full or part, for compensatory and punitive damages, attorney

21  fees, and costs as alleged herein.

22  **FACTS**

23      8.     Plaintiff hereby incorporates into and reiterates all prior paragraphs in this pleading.

24      9.     Prior to the occurrence of the operative facts of Plaintiff's injury in this case, Plaintiff

25  purchased a homeowner's insurance policy from Defendants, Policy Number 2007767012 ("the

26  Policy"), which insured the Property owned and occupied by Plaintiff on January 8, 2025. In

27  consideration for the premiums paid by Plaintiff to Defendants, Defendants issued Plaintiff the Policy

28  and continued it in effect. A true and correct copy of the Policy is attached hereto as **Exhibit 1** and

2
**COMPLAINT**

1 | incorporated herein by reference.

2 | 10.    On January 8, 2025, Plaintiff's home suffered wind and rain damage to the roof, which

3 | caused rainwater to leak into the interior of the house, causing further damage. The Policy was in full

4 | force and effect at all times material to this action and specifically on the subject date of loss to the

5 | Property, on or about January 8, 2025. The loss is a covered peril under the terms of the Policy which

6 | provides coverage for such damage to the Property, among other things.

7 | 11.    Upon notice or discovery of the loss, Plaintiff timely reported it to Defendants and made

8 | a claim on the Policy ("Claim"). Defendants acknowledged receipt of the Claim on April 7, 2025 and

9 | assigned claim number 250268132 with a January 8, 2025 date of loss. Defendants assigned an adjuster

10 | (or multiple adjusters) to handle the Claim and communicate with Plaintiff and their representatives

11 | concerning the Claim.

12 | 12.    Biohome Restorations Corp CA conducted an inspection and mitigation efforts on the

13 | Property to address damage. Biohome Restorations Corp CA's total cost of remediation is $23,787.94.

14 | 13.    Defendants informed Plaintiff in writing of Defendants' coverage determination on.

15 | Defendants determined that:

16 | "You reported a loss on April 7, 2025 regarding a loss that took place on January 8, 2025

17 | pertaining to damage to your dwelling. During our investigation, we assigned Donan

18 | Engineering to inspect the loss and they found that the damages are not from a covered peril.

19 | Accordingly, we hereby disclaim coverage for this claim. An independent contractor, conducted

20 | an inspection of the home and prepared a repair estimate. The contractor estimated: $

21 | 78,372.76."

22 | 14.    Plaintiff's counsel requested Defendant reconsider its position and noted the total

23 | amount of the claim is $102,160.7 (i.e. $78,372.76 independent repair estimate, plus $23,787.94 in

24 | mitigation costs from mitigation contractor.) In response Defendant reiterated the denial.

25 | 15.    Plaintiff has timely and fully complied with all obligations imposed on her under the

26 | terms of the Policy and California law as required to bring and maintain this action against Defendants

27 | based on their breach of the Policy, and their bad faith failure to perform their duties and obligations to

28 | Plaintiff as required by the Policy and California law.

CAH25-000729

1     16.     This action is timely filed by Plaintiff within all applicable limitations periods imposed

2   by terms of the Policy or California law, considering the periods in which the running of the statute of

3   limitation was equitably tolled while Defendants conducted their investigation of the Claim and made

4   their final coverage determination on  as alleged herein-above.

5

6                         **FIRST CAUSE OF ACTION**
              **BREACH OF CONTRACT AGAINST ALL DEFENDANTS**

7     17.     Plaintiff hereby incorporates and reiterate all prior paragraphs into this cause of action.

8     18.     This is a cause of action for money damages by Plaintiff against all Defendants for

9   breach of contract.

10     19.     The Policy is a binding and enforceable contract between Plaintiff and Defendants for

11   which due consideration was provided by each of the parties, including Plaintiff payments of the

12   premiums charged by Defendants for the Policy. Plaintiff has complied with all terms of the contract.

13   Defendants, on the other hand, have not.

14     20.     Defendants breached the contract by wrongly and unlawfully:

15          a.   Determining that Plaintiff's Claim of loss to the Property was not fully covered

16              under Policy, when in fact the Claim of loss is fully covered under the Policy;

17          b.   Failing and refusing to pay a sufficient sum for the mitigation invoices for $

18              28,382.44, notwithstanding Defendants' contractual duty under the terms of the

19              Policy to pay those invoices in full; and

20          c.   Failing to restore Plaintiff's home to its preexisting condition prior to the date of

21              loss, **January 8, 2025**; therefore, Defendants have forced Plaintiff to continue living

22              on the Property in its state of disrepair.

23     21.     Plaintiff's damages were reasonably foreseeable from Defendants' intentional breach of

24   contract, and, they were directly and proximately caused by the breach. The precise amount of Plaintiff'

25   damages above $35,000 is unknown at this time and will be proven at trial.

26

27

28

CAH25-000729

## SECOND CAUSE OF ACTION
### MONEY DAMAGES FOR TORTIOUS BAD FAITH
### AGAINST ALL DEFENDANTS

22.     Plaintiff hereby incorporates and reiterates all prior paragraphs into this cause of action.

23.     This is a cause of action by Plaintiff for compensatory and punitive damages against all Defendants for their tortious bad faith conduct in willful violation and breach of the terms of the Policy and California law.

24.     The Insurance Policy, like all contracts in California, inherently includes a duty of good faith and fair dealings by Plaintiff and Defendants as parties to the contract which arises as a matter of law. Plaintiff has fully complied with the duty of good faith and fair dealings while Defendants have not.

25.     There are no good faith disputes by Defendants concerning coverage for Plaintiff's claim under the Policy or the nature and scope of the loss suffered and incurred by Plaintiff for which coverage is provided by the Policy. Defendants willfully acted in bad faith by making their coverage determination and later refusing to depart from it as requested by Plaintiff, and by rejecting Plaintiff's demand for full payment of the total loss claimed. Defendants also failed or refused to negotiate with Plaintiff in a good faith effort to resolve the coverage dispute without litigation, despite Plaintiff's efforts to do so.

26.     Defendants willfully breached the duty of good faith and fair dealings by intentionally and unlawfully and unreasonably and unfairly failing and refusing to:

   a.   Conduct a full and complete and competent investigation of the Claim as required by the terms of the Policy and California law;

   b.   Conduct a full and complete and competent inspection of the Property in connection with the Claim as required by the terms of the Policy;

   c.   Provide full coverage for Plaintiff' Claim of loss to the Property as required by the terms of the Policy;

   d.   Defendants failed to pay Plaintiff any amount for repairs and mitigation despite the facts that plaintiff's full amount of the loss to the Property is estimated to be a grand total of $102,160.7 (including the mitigation invoice $23,787.94 and the estimated costs of

CAH25-000729

1   repairs $78,372.76).

2   e.  Defendants failed to Restore the Property to its pre-existing condition prior to the date

3   of loss on January 8, 2025, which has forced Plaintiff to continue living on the Property

4   in its state of disrepair because they lack resources to pay for the repairs to the Property,

5   as Defendants knew.

6   27.   Plaintiff has suffered and incurred damages as a result of Defendants' willful violation

7   and breach of the duty of good faith and fair dealings arising under the terms of the Policy, including,

8   but not limited to:

9   a.  Defendants' willful failure and refusal to pay for the necessary repairs to the Property

10   in the estimated amount of $78,372.76 as required by the Policy, minus the deductible

11   under the Policy;

12   b.  Defendants' willful failure and refusal to pay for the mitigation work on the Property

13   in the amount of $23,787.94 as required by the terms of the Policy.

14   c.  Defendants' willful failure and refusal to restore the Property to its preexisting

15   condition prior to the date of loss on January 8, 2025, which has forced Plaintiff to

16   continue living on the Property in its state of disrepair, thereby exposing them and the

17   Property to additional harm and damages.

18   d.  Plaintiff's loss of full use and enjoyment of the Property.

19   e.  Diminution in the value of the Property.

20   f.  Plaintiff's emotional distress as the result of Defendants conduct, which is a harm the

21   Policy was intended to prevent by providing full coverage for Plaintiff's Claim of loss to

22   the Property.

23   g.  Plaintiff's incurrence of attorney fees and costs and other expenses to address and,

24   ultimately, redress Defendants breach of contract, which is a harm that the Policy was

25   also intended to prevent by providing full coverage for Plaintiff's Claim of loss to the

26   Property.

27   28.   Plaintiff's damages were reasonably foreseeable consequences of Defendants breach of

28   the duty of good faith and fair dealing arising under the terms of the Policy and California law.

6

**COMPLAINT**

1     29.     Plaintiff is also entitled to punitive damages against each of the Defendants pursuant to

2    Civil Code § 3294, because each of the Defendants has acted willfully and in bad faith, and is,

3    therefore, guilty of oppression, fraud, and malice based on their tortious conduct as alleged herein-

4    above.

5     30.     The precise amounts of Plaintiff's compensatory and punitive damages above $35,000

6    are not known at this time and will be proven at trial.

7                       **DEMAND FOR MEDIATION AND JURY TRIAL**

8     31.     Plaintiff hereby demands that Defendants agree to mediation and participate in

9    mediation at an early stage of this litigation. The current circumstances are dire and urgent for Plaintiff

10    for the reasons stated herein-above, particularly her lack of resources to pay for the necessary repairs to

11    the Property which has forced them to continue living on the Property in its state of disrepair. It is

12    imperative for the parties to participate in mediation at an early stage of this litigation in an effort to

13    promptly settle this case on fair and reasonable terms and provide due relief to Plaintiff.

14     32.     Plaintiff hereby demands a jury trial and will timely post of jury fees in the amount of

15    one hundred and fifty dollars ($150) in accordance with Code of Civil Procedure § 631 or such later

16    date as the Court may allow.

17                                  **PRAYER**

18     WHEREFORE, Plaintiff prays for relief and requests entry of judgment against Defendants, and

19    each of them, jointly and severely, as follows:

20     1.     **For compensatory damages** in an amount according to proof at trial, with prejudgment

21         interest added in accordance with law on the First Cause of Action for breach of contract against

22         all Defendants;

23     2.     **For compensatory and punitive damages** in amounts according to proof at trial with

24         prejudgment interest added in accordance with law on the Second Cause of Action for tortious

25         bad faith against all Defendants;

26     3.     **For attorney fees and costs** pursuant to Code of Civil Procedure §§ 1032 and 1033.5,

27         or as otherwise available by law, including, but not limited to:

28            a.  Civil Code § 1717, if the contract which is the subject of this action contains an

7
**COMPLAINT**

1  attorney fee provision;

2       b.  Code of Civil Procedure § 1021.5, if the outcome of this action satisfies the

3          requirements of that statute; and/or the California Supreme Court's decision in

4          *Brandt v. Superior Court* (1985) 37 Cal.3d 813, 817;

5      4.  For such other relief as the law and equity allow and the Court deems just and proper

6  under the circumstances of this case.

7

8  Date: August 8, 2025                **CALIFORNIA INSURANCE ATTORNEYS P.C.**

9                                   By:

10

11

12                                   _____

13                                   Murray T. Beatts

14                                   Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CAH25-000729

# Exhibit 1



**NatGen** PREMIER

PO Box 3199 ● Winston Salem NC 27102-3199

| | |
|---|---|
| Policy Number: | **2007767012** |
| Named Insured: | MARTHA F HILDEBRAND |

MARTHA F HILDEBRAND
10855 MERCER AVE
RIVERSIDE, CA 92505-3025

| | |
|---|---|
| Policy Period: | 12:01 AM |
| **7/16/2024 - 7/16/2025** | |
| Date of Notice: | 5/13/2024 |
| Policy Underwritten By: | |
| **Integon National Insurance Company** | |
| **24 Hour Claim Reporting: 1-888-325-1190** | |
| **For Policy Information: 1-888-325-1190** | |
| **www.NatGenPremier.com** | |

9008189
Valley-West Financial Ins Svcs Corp
17054 Magnolia St
Fountain Valley CA 92708
(800) 266-7672

**RESIDENCE PREMISES**
10855 MERCER AVE
RIVERSIDE, CA 92505-3025

## ONECHOICE  HOMEOWNERS POLICY DECLARATIONS

**TRANSACTION TYPE:**
RENEWAL

**PAYMENT TYPE:**
MORTGAGEE BILLED

Dear Policyholder,

The VALLEY-WEST FINANCIAL INS SVCS CORP and NATIONAL GENERAL INSURANCE are pleased to present you with your homeowners renewal insurance policy.

A bill for your premium is being sent to your mortgagee separately requesting payment of the premium.

In the event of loss, call our toll free number 1-888-325-1190 for 24-hour claim reporting. Our dedicated professionals are ready to help 24 hours a day, seven days a week.

Thank you for letting us be of service and if you have any questions, please contact VALLEY-WEST FINANCIAL INS SVCS CORP at (800) 266-7672.

## MESSAGES

PLEASE REFER TO THE "IMPORTANT NOTICES" SECTION OF THIS POLICY FOR IMPORTANT INFORMATION CONCERNING THIS POLICY.

To keep pace with rising replacement costs, your property coverage limits have been upgraded.
The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

Ordinance or Law coverage is applicable to your policy. The terms, limits, conditions, and restrictions are provided in a separate disclosure form attached to this Declarations Page.

**YOUR POLICY DOES NOT PROVIDE COVERAGE AGAINST THE PERIL OF EARTHQUAKE**

**YOUR POLICY DOES NOT PROVIDE COVERAGE FOR LOSS ASSESSMENT DUE TO EARTHQUAKE.**

## BASIC POLICY COVERAGES

### SECTION I PROPERTY COVERAGES       LIMITS OF LIABILITY

| | | | |
|---|---|---|---|
| A. | DWELLING | $ | 384,789 |
| B. | OTHER STRUCTURES | $ | 38,479 |
| C. | PERSONAL PROPERTY | $ | 269,353 |
| D. | LOSS OF USE | $ | 384,789 |

### SECTION I DEDUCTIBLE
We will pay only that part of the total of all loss and expense payable under Section I that exceeds: $ 1,000

### SECTION II LIABILITY COVERAGES       LIMITS OF LIABILITY

| | | | |
|---|---|---|---|
| E. | PERSONAL LIABILITY – EACH OCCURRENCE | $ | 300,000 |
| F. | MEDICAL PAYMENTS TO OTHERS | $ | 1,000 |

## ADDITIONAL COVERAGES

Extended Dwelling Replacement Cost
    Limit 50%

Amendatory Mold Endorsement
    Section I Limit: $10,000
    Section II Limit: $50,000

Workers' Compensation

Water Backup
    Limit: $5,000
    Deductible: $500

## ATTACHMENTS

The following forms, endorsements and exceptions to conditions are part of the policy at time of issue. **Please read them carefully.**

| FORM NO. | EDITION DATE | TITLE |
|---|---|---|
| HO 3000 | 01 06 | HOMEOWNERS SPECIAL FORM |
| SH 05 63 | 11 19 | SPECIAL PROVISIONS - CALIFORNIA |
| HO 24 90 | 08 01 | CALIFORNIA WORKERS COMPENSATION RESIDENCE EMPLOYEES |
| HO 04 07 | 07 19 | CALIFORNIA PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT |
| HO 04 16 | 10 00 | PREMISES ALARM OR FIRE PROTECTION SYSTEM |
| SH 00 15 | 01 06 | SPECIAL PERSONAL PROPERTY COVERAGE FORM HO 3000 ONLY |
| SH 04 55 | 01 04 | IDENTITY FRAUD EXPENSE COVERAGE |
| SH 04 95 | 01 07 | WATER BACK-UP AND SUMP DISCHARGE OR OVERFLOW |
| SH 05 54 | 10 12 | LIMITED FUNGI WET OR DRY ROT OR BACTERIA COVERAGE - CALIFORNIA FOR FORMS HO2000 HO3000 AND HO6000 |
| SH 05 60 | 11 19 | ADDITIONAL PERCENTAGE OF INSURANCE FOR COVERAGE A - DWELLING - MAXIMUM OF 50% FOR FORMS HO 2000 AND HO 3000 |
| SH 06 01 | 06 05 | IDENTITY THEFT RESOLUTION ASSISTANCE |
| SH 24 82 | 02 04 | PERSONAL INJURY |
| SH 26 56 | 11 19 | SECURITY PLUS ELITE  ENDORSEMENT - CALIFORNIA |

*If you have chosen the Scheduled Personal Property Endorsement, please refer to that section which appears later in these policy declarations.*

## PREMIUM INFORMATION

| | | |
|---|---|---|
| BASIC PREMIUM | $ | 1,682 |
| ADDITIONAL COVERAGES | $ | 75 |
| TOTAL PREMIUM | $ | 1,757 |

## POLICY CREDITS

**Included in the above premium are the following credits:**

Claims Free Discount                Protective Device Discount

## MORTGAGEE/ADDITIONAL INSUREDS/ADDITIONAL INTEREST

**Mortgagee**
Wells Fargo Bank, N.A. #936 ISAOA/ATIMA
PO Box 100515
Florence, SC 29502-0515
Loan#: 0564023307

## RATING INFORMATION

| RISK STATE | RATING TIER | OCCUPANCY | TERRITORY | TAX CODE | FAMILIES | CONSTRUCTION | YEAR |
|---|---|---|---|---|---|---|---|
| CA | | PRIMARY | 160 | | 1 | FRAME | 1963 |

| FEET TO HYDRANT | MILES TO STATION | PROTECTION CLASS | BUILDING CODE GRADING | ROOF TYPE |
|---|---|---|---|---|
| 0 -500 Feet | 0-5 Miles | 1 | | ASPHALT/FIBERGLASS |

| SOLID FUEL STOVE | RATING DATE |
|---|---|
| N/A | 05-12-2024 |

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1988-2025

## IMPORTANT NOTICES

## CALIFORNIA EARTHQUAKE COVERAGE OFFER AND DISCLOSURE
### (NO COVERAGE FOR EARTHQUAKE)

YOUR RESIDENTIAL PROPERTY INSURANCE POLICY DOES NOT COVER EARTHQUAKE DAMAGE TO YOUR HOME OR ITS CONTENTS.

TO COVER EARTHQUAKE DAMAGE TO YOUR HOME AND ITS CONTENTS YOU NEED TO PURCHASE A SEPARATE EARTHQUAKE INSURANCE POLICY. THE COVERAGE PROVIDED BY AN EARTHQUAKE INSURANCE POLICY IS DIFFERENT FROM, AND TYPICALLY MORE LIMITED THAN, THE COVERAGE PROVIDED BY YOUR RESIDENTIAL PROPERTY INSURANCE POLICY.

CALIFORNIA LAW REQUIRES INSURANCE COMPANIES TO OFFER EARTHQUAKE INSURANCE IN CONJUNCTION WITH A RESIDENTIAL PROPERTY INSURANCE POLICY. IF YOU DO NOT ACCEPT THE OFFER OF EARTHQUAKE INSURANCE BELOW WITHIN 30 DAYS OF THE MAILING OF THIS NOTICE, YOUR INSURANCE COMPANY SHALL PRESUME THAT YOU HAVE NOT ACCEPTED THIS OFFER OF EARTHQUAKE INSURANCE.

YOU MAY PURCHASE EARTHQUAKE INSURANCE COVERAGE ON THE FOLLOWING TERMS:

(A) AMOUNT OF DWELLING COVERAGE/BUILDING COVERAGE LIMIT: $ 384,789

(B) DEDUCTIBLE: $ 57,718

(C) CONTENTS COVERAGE LIMIT: $5,000

(D) ADDITIONAL LIVING EXPENSES COVERAGE LIMIT: $1,500

(E) ESTIMATED ANNUAL PREMIUM: $ 928

THE DEDUCTIBLE REPRESENTS THE AMOUNT OF DAMAGE YOUR COVERED PROPERTY MUST INCUR BEFORE THE EARTHQUAKE INSURANCE COVERAGE BEGINS. IF YOUR COVERED LOSS IS LESS THAN THE APPLICABLE DEDUCTIBLE, YOU MAY NOT RECEIVE A PAYMENT.

CONTACT YOUR INSURANCE AGENT OR YOUR INSURANCE COMPANY TO OBTAIN DETAILS REGARDING THIS OFFER OF EARTHQUAKE INSURANCE AND OTHER COVERAGE OPTIONS.

THE FOLLOWING ADDITIONAL, OPTIONAL COVERAGE IS REQUIRED BY STATE LAW TO BE OFFERED, BECAUSE IT IS NOT ALREADY PROVIDED IN THE MINIMUM OFFER OF COVERAGE STATED ABOVE.

IF YOU HAVE TAKEN VERIFIED STEPS TO FIT OR RETROFIT YOUR INSURED RESIDENCE TO REDUCE THE EARTHQUAKE DAMAGE HAZARD, YOU MAY PURCHASE COVERAGE TO PAY RECONSTRUCTION COSTS TO BRING YOUR RESIDENCE UP TO LOCAL RESIDENTIAL BUILDING CODE STANDARDS AS REQUIRED BY YOUR LOCAL GOVERNMENT AS PART OF THE RECONSTRUCTION PERMIT PROCESS AFTER AN EARTHQUAKE. STATE LAW IMPOSES A MINIMUM OF $10,000.00 FOR THIS COVERAGE.

IF ADDITIONAL WORK IS REQUIRED TO BRING YOUR PROPERTY INTO COMPLIANCE AN ADDITIONAL PREMIUM OR DECUCTIBLE MAY CHARGED UNTIL AN APPROVED INSPECTION RECORD HAS BEEN SUMBITTED BY YOU, THE INSURED. ONCE WE, THE INSURER, HAVE RECEIVED THE APPROVED INSPECTION RECORD, A REFUND OF THE ADDITIONAL PREMIUM OR DEDUCTIBLE PAID WILL BE REFUNDED TO YOU AND PRORATED AS OF THE DATE OF THE APPROVED INSPECTION RECORD RECEIVED BY US.

WITH YOUR OFFER YOU HAVE BEEN PROVIDED A SEPARATE STATEMENT OF ALL DISCOUNTS AND SURCHARGES FOR RESIDENTIAL EARTHQUAKE COVERAGE, INCLUDING DISCOUNTS FOR SUCH THINGS AS RETROFITTING YOUR RESIDENCE BY TYING THE STRUCTURE TO THE FOUNDATION, REINFORCING THE CHIMNEY, AND SECURING THE WATER HEATER.

## CALIFORNIA EARTHQUAKE COVERAGE OFFER AND DISCLOSURE
### (NO COVERAGE FOR EARTHQUAKE)

**PLEASE CONTACT YOUR INSURER OR AGENT FOR INFORMATION REGARDING DISCOUNTS AND SURCHARGES. IF YOU HAVE PREVIOUSLY COMPLETED STEPS TO REDUCE EARTHQUAKE DAMAGE, YOU MAY HAVE RECEIVED ALL THE DISCOUNTS TO WHICH YOU ARE ENTITLED. IN EITHER EVENT, YOUR INSURANCE REPRESENTATIVE CAN ANSWER ANY QUESTIONS YOU MAY HAVE.**

**I ACKNOWLEDGE THAT I RECEIVED THE DISCLOSURE FORM, THAT EARTHQUAKE COVERAGE HAS BEEN OFFERED AND THAT A PREMIUM OR RATE HAS BEEN QUOTED FOR EARTHQUAKE COVERAGE AND THAT SAID COVERAGE IS HEREBY ACCEPTED.**

**YOU MAY QUALIFY FOR A DISCOUNT IF ANY OF THE FOLLOWING APPLY. PLEASE CHECK ALL THAT APPLY. [ ] THE DWELLING HAS BEEN RETROFITTED BY [ ] TYING THE STRUCTURE TO THE FOUNDATION OR BRACING THE STRUCTURE TO THE FOUNDATION, [ ] REINFORCEMENT OF THE FIREPLACE CHIMNEY, OR [ ] SECURING THE WATER HEATER. IF EARTHQUAKE COVERAGE IS ACCEPTED EVIDENCE OF RETROFITTING MUST BE SUBMITTED WITH YOUR ACCEPTANCE.**

**DATE OF OFFER  5/12/2024**

**SIGNATURE**_____**DATE**_____
            **(APPLICANT'S SIGNATURE)**

**PRINT NAME**_____**POLICY NUMBER 2007767012**

**NO COVERAGE SHALL BE CONSIDERED BOUND AND YOUR ACCEPTANCE WILL BE REJECTED IF ANY SECTION OF THIS DISCLOSURE IS BLANK AND/OR NOT PROPERLY SIGNED AND DATED.**

## CALIFORNIA EARTHQUAKE HAZARDS REDUCTIONS
## DISCOUNTS AND SURCHARGES

Pursuant to Section 10089.2 (a) of the California Insurance Code, we are disclosing that a 4% discount is available for earthquake hazard reductions which shall include retrofitting of the residential dwelling by tying the structure to the foundation or bracing the structure to the foundation, reinforcement of the fireplace chimney, or securing of the hot water heater.   Proof of retrofitting is required in order to qualify for the discount.

In addition, surcharges are also utilized based on the year of construction when determining the earthquake premiums.   Homes built in 1991 and later are not surcharged.   Homes built in 1990 and prior are surcharged depending on the year of construction.

If you have any questions please contact your insurance agent.

| POLICY NUMBER: | 2007767012 |
|---|---|
| NAME OF INSURED: | MARTHA F HILDEBRAND |

**NOTICE TO CONSUMERS — CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE**

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

**PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE**

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

☐ **ACTUAL CASH VALUE COVERAGE** for either a total or partial loss to the structure or its contents pays the amount it would cost you to repair, rebuild, or replace the thing lost or injured, less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation applies only to components of a structure that are normally subject to repair and replacement during the useful life of that structure. **This form of insurance applies to you ONLY IF you do not insure the dwelling to at least 80 percent of its replacement cost at the time of loss.**

X **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy

X **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

☐ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page. **This form of insurance is not available from our company.**

X **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options

**INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE**

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed.  Please note:

- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home.  These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling.  If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser.  If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company.  While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor.  This effect is known as demand surge.  Demand surge can increase the cost of rebuilding your home.  Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost.  These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home.  Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered.  Coverage for landslide is typically excluded.  Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:**
This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing.  Contents may be covered on either an actual cash value or replacement cost basis depending on the contract.  Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware.  Contact your agent, broker or insurance company if you have any questions about your contents coverage.  You should create a list of all personal property in and around your home.  Pictures and video recordings also help you document your property.  The list, photos, and video should be stored away from your home.

**CONSUMER ASSISTANCE**
If you have any concerns or questions, contact your agent, broker, or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

I acknowledge the receipt of the California Residential Insurance Disclosure.

_____          _____
Signature                                          Date

**SH PH 06 03 21**                                                        **Page 2 of 2**

**California Residential Property Insurance Bill of Rights**

A consumer is entitled to receive information regarding residential property insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Settlement Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law.  If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

**CALIFORNIA INSURANCE GUARANTEE ASSOCIATION SURCHARGE**

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your premium notice.

SH PH 05 10 12

J10117 03 16

# *NOTICE TO POLICYHOLDER OF RIGHT TO DESIGNATE A PERSON TO RECEIVE NOTICE OF LAPSE, TERMINATION, EXPIRATION, NONRENEWAL, OR CANCELLATION OF A POLICY FOR NONPAYMENT OF PREMIUM*

In accordance with state law, we are notifying you of your right to designate one additional person to receive notice of lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium.

The designated person does not receive any benefit or coverage under this policy, other than the right to receive the aforementioned notice.

If you would like to add a designated additional person or change a prior designation, please complete this form and return it to:

**National General Insurance**
**PO Box 3199**
**Winston-Salem, NC 27102-3199**

_____
*Policyholder Name*

_____
*Policy Number*

_____
*Name of Additional Person to Receive Notice*

_____
*Address*

**If you have any questions about this notice, please contact your insurance agent.**

| FACTS | WHAT DOES NATIONAL GENERAL INSURANCE GROUP (NGIG) DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal and state laws give consumers the right to limit some but not all sharing. These laws also require us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Name, phone number, home and email addresses, and other contact information, marital status, and family member information<br>• Social Security number, driver's license number, and driving records<br>• Healthcare information, customer files including claims and transaction history, credit information and credit scores |
| **How?** | Financial companies need to share customers' and former customers' personal information to run their everyday business. In the section below, we list the reasons companies can share their customers' personal information; the reasons NGIG chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does NGIG share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, prevent fraud, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| To limit our sharing | Mail the form below to National General Insurance, PO Box 3199, Winston-Salem, NC 27102-3199.<br>Please note: If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. **If you have previously opted out for this policy, your request remains on file, and you do not need to opt out again.** |
|---|---|

| Questions? | Call 1-844-874-3609 or view our Online Privacy Statement at www.nghcprivacy.com. |
|---|---|

## Who we are

| Who is providing this notice? | NGIG includes: Agent Alliance Ins. Co., Century-National Ins. Co., Direct General Insurance Co., Direct General Ins. Co. of MS, Direct General Life Insurance Co., Direct Insurance Co., Direct National Insurance Co., ECMI Auto Insurance Co., Encompass Floridian Indemnity Co., Encompass Floridian Insurance Co., Encompass Home & Auto Insurance Co., Encompass Indemnity Co., Encompass Independent Ins. Co., Encompass Insurance Co., Encompass Ins. Co. of America, Encompass Ins. Co. of MA, Encompass Ins. Co. of NJ, Encompass Property & Casualty Co., Encompass Property & Casualty Ins. Co. of NJ, Imperial Fire & Casualty Ins. Co. (IFCIC), Integon Casualty Insurance Co., Integon General Insurance Corp., Integon Indemnity Corp. (IIC), Integon National Insurance Co. (INIC), Integon Preferred Insurance Co., MIC General Insurance Corp., National General Assurance Co., National General Insurance Co. (NGIC), National General Insurance Online, Inc., National General Motor Club, Inc., National General Premier Insurance Co., New South Insurance Co., Safe Auto Choice Insurance Co., Safe Auto Group Agency, Inc., Safe Auto Insurance Co., Safe Auto Value Insurance Co., Standard Property & Casualty Ins. Co., and Home State County Mutual Ins. Co. (administered by IFCIC, IIC, INIC, or NGIC). |
|---|---|

## What we do

| | |
|---|---|
| How does NGIG protect my personal information? | We use a variety of physical, technical, and administrative security measures that help to safeguard your personal information. We require our employees and persons or organizations that represent us to protect your information and keep it confidential. |
| How does NGIG collect my personal information? | We collect your personal information, for example, when you<br>• Apply for insurance or give us your contact information<br>• Pay your insurance premium or file an insurance claim<br>We also collect your personal information from others, such as affiliates, credit bureaus, and insurance support organizations (which may retain and share your information with others). |
| Why can't I limit all sharing? | Federal and state law gives you the right to limit<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws may give you additional rights to limit sharing. See below for more on those rights. |
| How else does NGIG use and share personal information? | We will also disclose your personal information without notice when necessary to: (a) to comply with the law or requests from regulatory and law enforcement authorities; (b) protect and defend our customers, rights or property; (c) act under exigent circumstances to protect the personal safety of our customers or the public; (d) transfer corporate ownership; (e) conduct research, actuarial studies or audits; and (f) for an insurance institution, producer, medical institution/professional or support organization to process insurance claims, verify coverage or benefits or perform other insurance functions. We will not use your medical information for marketing purposes without your consent. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |
| How can I review or correct my data? | You may access your recorded personal information under our possession and request a correction, amendment, or deletion of such recorded personal information by contacting us at your agent at 17054 Magnolia St, Fountain Valley CA 92708. |

## Definitions

| | |
|---|---|
| Affiliates | Companies related by common ownership or control including Allstate insurance companies offering home, auto and business insurance; Allstate Assurance Company and its life and retirement affiliates; Allstate Financial Services; Allstate Benefits and Allstate Health Solutions companies offering health products; Allstate and Signature roadside services and motor club companies; Allstate Dealer Services; Castle Key Insurance Co. and Castle Key Indemnity Co.; North Light Specialty Insurance Co.; Allstate Protection Plans; Allstate Identity Protection; Avail; Arity and underwriting and other companies that now or in the future control, are controlled by, or are under common control with the Allstate Corporation. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

## Other important information

National General Insurance Group reserves the right to modify or change this notice at any time.

12609 (04012023)    Page 2 of 3

# Important Privacy Choices For Consumers

You have the right to control whether we share some of your personal information.
Please read the following information carefully before you make your choices below.

## Your Rights

You have the following rights to restrict the sharing of personal and financial information with our affiliates (companies we own or control) and outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services.

## Your Choices

Restrict Information Sharing With Companies We Own or Control (Affiliates):
Unless you say "No," we may share personal and financial information about you with our affiliated companies.

☐ NO, please do not share personal and financial information with your affiliated companies.

Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products And Services:
Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you.

☐ NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

## Time Sensitive Reply

You may make your privacy choice(s) at any time. Your choice(s) marked here will remain unless you state otherwise. If you already asked us not share your personal and financial information, you do not need to complete this form again. However, if we do not hear from you we may share some of your information with affiliated companies and other companies with whom we have contracts to provide products and services.

## TO USE THIS FORM, PLEASE PROVIDE ALL OF THE FOLLOWING INFORMATION TO ALLOW US TO PROCESS YOUR REQUEST:

Name: MARTHA F HILDEBRAND

ACCOUNT OR POLICY NUMBER(S): 2007767012

Signature:

To exercise your choice do one of the following:
(1) Log on to your account at www.NatGenPremier.com and select "Yes" as your "Marketing Opt-Out" choice;
(2) Call our toll-free number 1-844-874-3608 and leave a message for our Privacy Team; or
(3) Fill out, sign and mail this form to:
National General Insurance
PO Box 3199
Winston-Salem, NC 27102-3199
You may also request that we send you a postage-paid business reply envelope by calling 1-844-874-3608.

INTERLINE

**IL9 0713 11 21**

## CALIFORNIA FRAUD STATEMENT

For your protection California law requires that you be made aware of the following:

Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

## IMPORTANT FLOOD INSURANCE NOTICE

Your homeowners or dwelling policy does NOT provide coverage for loss caused by flood or mudslide, which is defined, in part, by the National Flood Insurance Program as:

> A general and temporary condition of partial or complete inundation of normally dry land areas from overflow of inland or tidal waters or from the unusual and rapid accumulation or runoff of surface waters from any source.

If you are required by your mortgage lender to have flood insurance on your property, or if you feel that your property is susceptible to flood damage, insurance covering damage from flood is available on most buildings and contents in participating communities through the National Flood Insurance Program.

Information about flood insurance and whether your community participates in the program can be obtained from your insurance company, from your insurance agent/broker, or directly from the National Flood Insurance Program by calling 1-800-638-6620 or via their website at http://www.floodsmart.gov.

SHPH37   09 08

SH PH 01 10 12

### *CONTACT INFORMATION NOTICE – CALIFORNIA*

**IF YOU HAVE ANY PROBLEMS OR COMPLAINTS ABOUT YOUR POLICY WHICH AFTER CONTACTING US OR YOUR AGENT HAS FAILED TO PRODUCE A SATISFACTORY RESOLUTION, YOU MAY CONTACT THE:**

**California Department of Insurance
Consumer Service Division
Underwriting Services Bureau
300 South Spring Street
Los Angeles, CA 90013
1-800-927-4357 (in California only)**

**HOMEOWNERS**
**HO 07 49 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED ADDITIONAL PERSON TO RECEIVE NOTICE OF CANCELLATION OR NONRENEWAL – CALIFORNIA

The following provision is added to **Sections I And II - Conditions:**

**Notice Of Cancellation Or Nonrenewal To Additional Designated Person**

1. If you have designated a person to receive notice of lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium, we will mail or deliver to the designated person advance written notice at least 10 days before the effective date of such lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium.

2. No benefit under this Policy is provided to such designated person, other than the right to receive the aforementioned notice.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2504637

**Case Name:**   HILDEBRAND vs INTEGON NATIONAL INSURANCE COMPANY

MURRAY T BEATTS
ONE HARBOR DRIVE SUITE 300
Sausalito, CA 94965

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|:---:|:---:|:---:|
| 03/17/2026 | 8:30 AM | Department 5 |
| Location of Hearing: | | |
| **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-782-8254 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|:---:|:---|
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**     CVRI2504637

**Case Name:**     HILDEBRAND vs INTEGON NATIONAL INSURANCE COMPANY

MARTHA HILDEBRAND

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|:---:|:---:|:---:|
| 03/17/2026 | 8:30 AM | Department 5 |
| Location of Hearing: | | |
| **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-782-8254 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2504637

**Case Name:**   HILDEBRAND vs INTEGON NATIONAL INSURANCE COMPANY

INTEGON NATIONAL INSURANCE COMPANY

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 03/17/2026 | 8:30 AM | Department 5 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-782-8254 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

CI-NOCMC
(Rev. 03/02/22)

Notice has been printed for the following Firm/Attorneys or Parties: CVRI2504637

BEATTS, MURRAY T                          HILDEBRAND, MARTHA
ONE HARBOR DRIVE SUITE 300
Sausalito, CA 94965


INTEGON NATIONAL INSURANCE
COMPANY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2504637

**Case Name:**   HILDEBRAND vs INTEGON NATIONAL INSURANCE COMPANY

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Sophia Choi in Department 5 for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing. If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

| | |
|---|---|
|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Dated: 09/18/2025

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _____
A. Williams, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2504637

**Case Name:**    HILDEBRAND vs INTEGON NATIONAL INSURANCE COMPANY

MURRAY T BEATTS
ONE HARBOR DRIVE SUITE 300
Sausalito, CA 94965

## NOTICE OF DOCUMENT QUALITY ASSURANCE

You have received this notice because the quality assurance staff discovered an issue in the document you presented for filing to the court. Please note this is a courtesy notice to you and not a notice of legal sufficiency or insufficiency of the document. In correcting and/or resubmitting the document to the court for filing, please be aware that you must comply with any and all applicable rules and laws pertaining to the filing of documents with the court. Be further advised that, except as otherwise permitted by law, the receipt and/or filing of the document by the clerk is a ministerial act done for internal quality assurance purposes only and is not to be construed as having any impact on the legal rights of the parties in any way whatsoever.

Document Quality Assurance Comment as to Complaint, filed on 08/08/2025 by Martha Hildebrand. Original filed document is missing Certificate of Council, as that is a mandatory judicial council form, RI-CI032.

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 09/18/2025

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _A. Williams_____

A. Williams, Deputy Clerk

CW-NDQA
(Rev. 11/20/17)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2504637

**Case Name:**    HILDEBRAND vs INTEGON NATIONAL INSURANCE COMPANY

MARTHA HILDEBRAND

## NOTICE OF DOCUMENT QUALITY ASSURANCE

You have received this notice because the quality assurance staff discovered an issue in the document you presented for filing to the court.  Please note this is a courtesy notice to you and not a notice of legal sufficiency or insufficiency of the document.  In correcting and/or resubmitting the document to the court for filing, please be aware that you must comply with any and all applicable rules and laws pertaining to the filing of documents with the court.  Be further advised that, except as otherwise permitted by law, the receipt and/or filing of the document by the clerk is a ministerial act done for internal quality assurance purposes only and is not to be construed as having any impact on the legal rights of the parties in any way whatsoever.

Document Quality Assurance Comment as to Complaint, filed on 08/08/2025 by Martha Hildebrand. Original filed document is missing Certificate of Council, as that is a mandatory judicial council form, RI-CI032.

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 09/18/2025

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _____
A. Williams, Deputy Clerk

CW-NDQA
(Rev. 11/20/17)

**EXHIBIT B**

Company Profile Search | Lines of Insurance Search | Other Insurance Entities

Company Profi

Reset
Company Pr
Search

Company Com

Company Pe
& Compari

Enforcement

Consumer C
Stud

Workers' Comp

Workers' Co
Complaint &
for Action
Contact Int

Additional Infor

View
Financial Dis

# Company Profile

## INTEGON NATIONAL INSURANCE COMPANY

5630 University Pkwy, Winston Salem, NC 27105-1312

877-468-3466

**Show All** | Name History | Agent for Service | Reference Information | Lines of Bus

## Name History

| Legal Name | Name Status | Effective Date |
|---|---|---|
| INTEGON NATIONAL INSURANCE COMPANY | Current | 09/12/1996 |
| BANKERS AND SHIPPERS INSURANCE COMPANY | Old | |

## Agent for Service

| Full Name | Attn Or C/O | Full Address | Contact Phone | Effective From Date |
|-----------|-------------|--------------|---------------|---------------------|
| Melissa DeKoven | Corporation Service Company | 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833-3505 | 888-690-2882 | 08/23/2022 |

# Reference Information



## Identification

Company ID (EID)

6953

CA #

3218-5

NAIC

29742

NAIC Group

8

NAIC Group Name

ALLSTATE INS GRP

Date Authorized in California

-

## Classification

Category

Insurer

Category Type

Property & Casualty

Status

Unlimited-Normal

License Category

Admitted



## Location

State Name

North Carolina

Origin

Foreign

Country

-

Form

Stock

# Lines of Business

The company is authorized to transact business within these lines of insurance. For an explanation of any of these terms, please refer to the glossary.

| Lines of Business |
| --- |
| Fire |
| Marine |
| Plate Glass |
| Liability |
| Boiler And Machinery |
| Burglary |
| Team And Vehicle |
| Automobile |
| Miscellaneous |
| Credit |
| Surety |
| Common Carrier Liability |
| Sprinkler |
| Aircraft |

# Financial Statements

\* Year

**California Department of Insurance Disclaimer**

The Annual and Quarterly Financial Statements are submitted to the California Department of Insurance ("CDI") pursuant to California Insurance Code Sections 900 and 931 and California Code of Regulations Section 2308.1. The information is furnished to the CDI by California admitted insurers and is provided to the public "AS IS" pursuant to California Insurance Code Section 12921.2.

The CDI does not guarantee the truth, accuracy, adequacy or completeness of the data contained in the insurers' Annual and Quarterly Financial Statements and expressly disclaims any liability for any errors, omissions, or the result obtained from the use of such data.

Individuals who are unable to access the Annual and Quarterly Financial Statements may contact the CDI at CustodianofRecords@insurance.ca.gov for additional information.

Privacy Policy    ADA Compliance    Site Map    Employment Opportunities    Internships

Free Document Readers    Scheduled Site Maintenance

Copyright © California Department of Insurance

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed the foregoing document **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all registered participants.

Also, **BY U. S. MAIL.** I caused such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Thomas James Gibbons, Esq. <br> Murray T. Beatts, Esq. <br> **CALIFORNIA INSURANCE ATTORNEYS, P.C.** <br> One Harbor Drive, Suite 300 <br> Sausalito, CA 94965 <br> Tel.: (855) 410-4242 <br> Emails: CAPleadings@caia.legal, <br> Thomas@caia.legal, <br> Murray.Beatts@caia.legal | ***Attorneys for Plaintiff,*** <br> **MARTHA HILDEBRAND** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on October 17, 2025, at Los Angeles, California.

 */s/ Jennifer Ramirez*
Jennifer Ramirez

3

**DECLARATION OF EDEN ELKAYAM IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**